20698-00103-LB

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
BY:  Lawrence Berg, Esquire
NJ Attorney ID #:  022091987
Woodland Falls Corporate Park
200 Lake Drive East ◉ Suite 300
Cherry Hill, NJ 08002
☎856-414-6000   📠856-414-6077
✉ lbberg@mdwcg.com
Attorney for Defendants Transamerica Insurance Company, TIG Insurance Company, Fairfax Financial Holdings, LTD, and Riverstone Claims Management, LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**
*(Newark Vicinage)*

| | |
|---|---|
| NEW JERSEY TURNPIKE AUTHORITY,<br><br>Plaintiff(s),<br><br>vs.<br><br>TRANSAMERICA INSURANCE COMPANY; TIG INSURANCE COMPANY; FAIRFAX FINANCIAL HOLDINGS, LTD., AND RIVERSTONE CLAIMS MANAGEMENT, LLC,<br><br>Defendant(s). | <u>**CIVIL ACTION NO.**</u> |

<u>**NOTICE OF REMOVAL**</u>

Defendants, Transamerica Insurance Company, TIG Insurance Company, Fairfax Financial Holdings, LTD, and Riverstone Claims Management, LLC, by and through its attorneys hereby remove this case from the Superior Court of New Jersey, Law Division – Middlesex County, and in support thereof aver as follows:

1. A Civil Action brought in a State Court of which the District Court of the United States has original jurisdiction may be removed by the defendants to the District Court of the

United States for the District and Division embracing the place where such action is pending 28 U.S.C. § 1441(a).

2.	28 U.S.C. § 1446 requires that a defendant or defendants desirous of removing a civil action file a Notice of Removal together with a copy of all process, pleadings and Orders served upon such defendants, within thirty (30) days.  See 28 U.S.C. § 1446(a) and (b).

3.	A Civil Action was commenced by New Jersey Turnpike Authority in the Superior Court of New Jersey, Law Division – Middlesex County, Docket No. L-10735-14 on or about November 5, 2014.  See Exhibit "A", Complaint.

4.	Defendants were served with the summons and Complaint in this matter on November 17, 2014.

5.	In the Complaint, plaintiff seeks a declaration that defendant, TIG Insurance Company, who it identifies as its excess workers' compensation insurer, is obligated to reimburse them for costs incurred in connection with the workers' compensation claim filed by former employee, Michael Faas.  See Exhibit "A".

6.	The Complaint alleges damages in excess of $75,000 28 U.S.C. § 1332(a).

7.	According to the Complaint, the New Jersey Turnpike Authority ("NJTA") is a body corporate and politic of the State of New Jersey which owns and operates the New Jersey Turnpike and Garden State Parkway, with administrative offices at 581 Main Street, in Woodbridge, New Jersey.  See Exhibit "A", page 2.

8.	Defendant, Fairfax Financial Holdings Limited ("Fairfax") is a Canadian Company with its principle place of business located at 95 Wellington Street, West Toronto, Ontario.

9. Defendant, TIG Insurance Company is a corporation organized and existing under the laws of the State of California.

10. Transamerica Insurance Company is no longer in existence and is now known as TIG Insurance Company.

11. Defendant, Riverstone Claims Management, LLC, is organized and existing under the State of Delaware.

12. Venue is appropriate under 28 U.S.C. § 1391 because this judicial district is where plaintiff's employment was entered into and/or where the events giving rise to the claim occurred.

13. Written notice of the filing of the Petition for Removal has been given to plaintiff's counsel in accordance with 28 U.S.C. § 1446(d) promptly with the filing of the instant pleading in Federal Court.

14. A copy of the Notice of Removal is being filed simultaneously with the Superior Court of New Jersey, Law Division – Middlesex County in accordance with 28 U.S.C. § 1446(d).

15. The present lawsuit is accordingly removable from the State Court to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1332(a)(1) and 1441(a).

PLEASE TAKE FURTHER NOTICE that defendants upon filing this Notice of Removal with the Clerk of the United States District Court for the District of New Jersey have also caused

to be filed copies of this Notice with the Clerk of the Superior Court of New Jersey, Law Division – Middlesex County, to effect removal of this action pursuant to 28 U.S.C. § 1446(d).

                                    Respectfully submitted,

                                    MARSHALL, DENNEHEY, WARNER,
                                       COLEMAN & GOGGIN

Dated:  December 11, 2014        BY:  */s/ Lawrence Berg*
                                                LAWRENCE BERG, ESQUIRE
                                                Attorney for Defendants Transamerica Insurance Company, TIG Insurance Company, Fairfax Financial Holdings, LTD, and Riverstone Claims Management, LLC

06/3933626.v1