20698-00103-LB
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
BY: Lawrence Berg, Esquire
(LB-2186)
Woodland Falls Corporate Park
200 Lake Drive East ◘ Suite 300
Cherry Hill, NJ 08002
☎ 856-414-6000      📠 856-414-6077
📧 lbberg@mdwcg.com
Attorney for Defendants, Transamerica Insurance Company, TIG Insurance Company, Fairfax Financial Holdings, LTD, and Riverstone Claims Management, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
*(Newark Vicinage)*

| | |
|---|---|
| NEW JERSEY TURNPIKE AUTHORITY,<br><br>Plaintiff(s),<br><br>vs.<br><br>TRANSAMERICA INSURANCE COMPANY; TIG INSURANCE COMPANY; FAIRFAX FINANCIAL HOLDINGS, LTD., AND RIVERSTONE CLAIMS MANAGEMENT, LLC,<br><br>Defendant(s). | CIVIL ACTION NO. 2:14-cv-07709- SRC-CLW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS, FAIRFAX FINANCIAL HOLDINGS, LTD AND RIVERSTONE CLAIMS MANAGEMENT, LLC** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party without prejudice as to defendants, Fairfax Financial Holdings, LTD and Riverstone Claims Management, LLC, only.

By: _/s/ Lawrence Berg/_
LAWRENCE BERG, ESQ.
Attorney for Defendants

By: _/s/ Dennis T. Smith/_
DENNIS T. SMITH, ESQ.
Attorney for Plaintiff

Dated: 12-30-2014
06/3953353.v1