20698-00103-LB

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
BY:  Lawrence Berg, Esquire
(LB-2186)
Woodland Falls Corporate Park
200 Lake Drive East ◘ Suite 300
Cherry Hill, NJ 08002
☎856-414-6000        856-414-6077
lbberg@mdwcg.com
Attorney for Defendant, TIG Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
*(Newark Vicinage)*

| | |
|---|---|
| NEW JERSEY TURNPIKE AUTHORITY,<br><br>    Plaintiff(s),<br><br>vs.<br><br>TRANSAMERICA INSURANCE COMPANY; TIG INSURANCE COMPANY; FAIRFAX FINANCIAL HOLDINGS, LTD., AND RIVERSTONE CLAIMS MANAGEMENT, LLC,<br><br>    Defendant(s). | CIVIL ACTION NO. 2:14-cv-07709- SRC-CLW<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT, TIG INSURANCE COMPANY** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, as attorney for defendant, TIG Insurance Company hereby certifies that:

 1. TIG Insurance Company is a non-government corporation;

 2. TIG Insurance Company is a wholly owned subsidiary of TIG Insurance Group, Inc.;

 3. TIG Insurance Group, Inc., is a wholly owned subsidiary of TIG Holdings, Inc.;

 4. TIG Holdings, Inc. is a wholly owned subsidiary of Fairfax (US), Inc.;

 5. Fairfax (US), Inc. is a wholly owned subsidiary of FFHL Group, Limited;

 6. FFHL Group, Limited is a wholly owned subsidiary of Fairfax Financial Holdings, Limited;

    7.    Fairfax Financial Holdings, Limited is publicly traded on the Toronto Stock Exchange under the symbol "FFH".

                        MARSHALL, DENNEHEY, WARNER,
                        COLEMAN & GOGGIN

Dated: January 9, 2015              BY: */s/ Lawrence Berg*
                                                  LAWRENCE BERG, ESQ.
                                                  Attorney for Defendant,
                                                  TIG Insurance Company

06/3971205.v1