**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

August 3, 2015

**LETTER ORDER**

Re:   **New Jersey Turnpike Authority v. Transamerica Insurance Company, et. al.**
      **Civil Action No. 14-7709 (KM)**

Dear Counsel:

As the parties are aware, the above-captioned matter has been transferred from the Honorable Cathy L. Waldor, U.S.M.J. to the Undersigned. The parties are hereby instructed to submit a joint status letter of no more than five (5) pages by **August 10, 2015** briefly outlining the history of the litigation and the current status of the case.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**