20698-00103-LB
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
BY: Lawrence Berg, Esquire
(LB-2186)
Woodland Falls Corporate Park
200 Lake Drive East ◘ Suite 300
Cherry Hill, NJ 08002
☎ 856-414-6000    📠 856-414-6077
✉ lbberg@mdwcg.com
Attorney for Defendant, TIG Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
*(Newark Vicinage)*

| | |
|---|---|
| NEW JERSEY TURNPIKE AUTHORITY, <br><br> Plaintiff(s), <br><br> vs. <br><br> TRANSAMERICA INSURANCE COMPANY; TIG INSURANCE COMPANY; FAIRFAX FINANCIAL HOLDINGS, LTD., AND RIVERSTONE CLAIMS MANAGEMENT, LLC, <br><br> Defendant(s). | CIVIL ACTION NO. 2:14-cv-07709- KM-JBC <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party and with prejudice.

By: _____
LAWRENCE BERG, ESQ.
Attorney for Defendant

By: _____
DENNIS T. SMITH, ESQ.
Attorney for Plaintiff

Dated: 4-20-16

LEGAL/104654346.v1

SO ORDERED

_____
Kevin McNulty, U.S.D.J.
Date: 4/21/16